# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF ERIC JACOBSEN, by and through LINDA JACOBSEN, Executrix, | |
| Plaintiff, | CIVIL ACTION NO. 3:16-cv-01455 |
| v. | (SAPORITO, M.J.) |
| EAST STROUDSBURG AREA SCHOOL DISTRICT and ROBERT DILLIPLANE, | |
| Defendants. | |

## ORDER

AND NOW, this 26th day of September, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion for summary judgment (Doc. 22) is **GRANTED**; and

2. The Clerk is directed to enter **JUDGMENT** in favor of the defendants with respect to all of the plaintiff's claims.

Dated: September 26, 2018

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge